NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ASHLEY FURNITURE INDUSTRIES, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

UNITED STATES INTERNATIONAL TRADE
COMMISSION,
*Defendant-Appellee,*

AND

AMERICAN FURNITURE MANUFACTURERS
COMMITTEE FOR LEGAL TRADE, KINCAID
FURNITURE CO., INC., L. & J.G. STICKLEY, INC.,
SANDBERG FURNITURE MANUFACTURING
COMPANY, INC., STANLEY FURNITURE
COMPANY, INC., T. COPELAND AND SONS, INC.,
AND VAUGHAN-BASSETT FURNITURE COMPANY,
INC.,
*Defendants-Appellees.*

2012-1196

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0323, Judge Timothy C. Stanceu.

---

## ON MOTION

---

Before BRYSON, *Circuit Judge.*

## ORDER

The United States and Committee for Legal Trade move for summary affirmance. Ashley Furniture Manufacturing Co., Inc. opposes.

The court deems it the better course for the appeal to be fully briefed and decided by a merits panel.

Accordingly,

IT IS ORDERED THAT:

The motions for summary affirmance are denied. The appellant's initial brief is due within 30 days of the date of filing of this order.

FOR THE COURT

**MAR 2 3 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
Jeffrey S. Grimson, Esq.
Patrick V. Gallagher, Esq.
Jessica R. Toplin, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 3 2012

JAN HORBALY
CLERK